ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC CHING  6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 0 2006

at ___ o'clock and 5 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00262-001 BMK |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| v. | ) | |
| | ) | |
| ANTHONY I. RIVERA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| ICB COMMUNICATIONS/ | ) | |
| ELECTRICAL L.L.C., | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes

application in accordance with 28 U.S.C. § 3205(b)(1) to the

Clerk of the United States District Court to issue a Writ of

Garnishment upon the judgment in a criminal case, entered against

the Defendant-Judgment Debtor ANTHONY I. RIVERA (hereinafter

"Debtor"), social security number XXX-XX-4799, whose last known

address is: 94-207 Waipahu Street Apt. 294, Waipahu, Hawaii

96797, in the above cited action in the amount of $25.00 for a

special assessment and $6,800.00 for restitution.

There is a balance of $5,665.02 (principal and

interest) that is due and owing as of May 4, 2006.

Demand for payment of the above-stated debt was made

upon the Debtor at least 30 days before May 4, 2006, and the

Debtor has not paid the amount due.

The Garnishee is believed to have possession of

property (including nonexempt disposable earnings) in which the

Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized

agent is:

      ICB COMMUNICATIONS/ELECTRICAL L.L.C.
      Attn: Ivan M. Basque
      3145 Kalihi Street Unit L
      Honolulu, HI   96819

DATED: _____May 4, 2006_____, at Honolulu, Hawaii.

      EDWARD H. KUBO, JR.
      United States Attorney
      District of Hawaii

By_____

      EDRIC CHING
      Assistant U.S. Attorney

      Attorneys for the Plaintiff