Your Name: _____

Address: _____

_____

Phone: _____

Defendant-Debtor: _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>ANTHONY I. RIVERA, )<br>)<br>    Defendant. )<br>_____)<br>)<br>ICB COMMUNICATIONS/ )<br>ELECTRICAL L.L.C., )<br>)<br>)<br>    Garnishee. )<br>_____) | Cr. No. 02-00262-001 BMK<br><br>REQUEST FOR HEARING FORM |

## REQUEST FOR HEARING FORM

[ ] I request that the Court hold a hearing in the matter.

[ ] I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____    Signature: _____