# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY I. RIVERA, ) <br> ) <br> ) <br> Defendant, ) <br> ) <br> ) <br> ICB COMMUNICATIONS/ ) <br> ELECTRICAL L.L.C., ) <br> ) <br> Garnishee. ) <br> _____) | Cr. No. 02-00262-001 BMK <br><br> ANSWER OF THE <br> GARNISHEE FORM <br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> JUN 21 2006 <br><br> at 10 o'clock and 30 min. a.M <br> SUE BEITIA, CLERK |

## ANSWER OF THE GARNISHEE FORM

I, _Ivan M. Basque_, state that:

I am the (State Official Title) _president/owner_ of Garnishee, _ICB-Communications/Electrical LLC_, a ~~corporation~~ (LLC) organized under the laws of the State of _Hawaii_.

On _or About May 15th_, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or (was) in my/our employ. ___ Yes. _✓_ No.

2. The Debtor's pay period is ___ weekly, _✓_ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which the order and notice of garnishment were served) _15th_
Enter the date the above pay period ends. _____

3. The amount of the Debtor's net wages are:

(a) Gross Pay $ 792.00
(b) Federal income tax $ 49.10
(c) F.I.C.A. income tax $ 51.30
(d) State income tax $ 29.26
Total of tax withholdings $ 139.66
Net Wages $ 640.80
(a less total of b,c,d)

4. Have there been previous garnishments in effect?.
___ Yes. ✓ No. If the answer is "yes," describe below:

_____
_____
_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

Because He (Antonio Rivera) no longer works for us (ICB) for a very long time since (Feb. 10th) 2006 — much longer than getting the garnishment paper work or form from Dept. of Justice I dont know if He is working for some else Tryed to contact by phone the Numbers are no longer valid There for makes it kind of Hard to complete form being Not Employed By (ICB) for so long of a period of

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

   *No right to Apply for claim being (Mr. Rivera) did not work for (ICB) since Feb 10th 2006 the duration of his employment was about 7 months until Feb 10th 2006*

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

   *(Mr. Rivera) Has Not worked for (ICB) since Feb 10th 2006 He Has left behind No personal property or Has any work earnings left behind or that is owed to Him — (Attorney Rivera)*

__yes__ The Garnishee delivered or mailed the <u>original</u> of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

__yes__ The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the Debtor, ANTHONY I. RIVERA at 94-207 Waipahu Street Apt. 294, Waipahu, Hawaii 96797.

__yes__ The Garnishee delivered or mailed a <u>copy</u> of the Answer by first class mail to the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/8/06__

_____
Garnishee
IVAN M. BASQUE
PRES./OWNER
ICB-Comm./Elec. LLC
3145 - KAHI HI St unit #2
Hon. HI 96819

3