EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00262-001 BMK |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| v. | ) | |
| | ) | |
| ANTHONY I. RIVERA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| ALTRES STAFFING INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case, entered against

the Defendant-Judgment Debtor ANTHONY I. RIVERA (hereinafter referred to as "Debtor"), social security number XXX-XX-4799, whose last known address is: 87-1885 Holomalia Street, Waianae, Hawaii 96792, in the above cited action in the amount of $25.00 for a special assessment and $6,800.00 for restitution.

There is a balance of $5,688.44 (principal and interest) that is due and owing as of August 3, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before August 3, 2006, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:

    ALTRES STAFFING INC.
    Attn: Payroll Department
    P.O. Box 283
    Saint Louis, MO  63166-0283

DATED:  <u>August 3, 2006</u>, at Honolulu, Hawaii.

    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    /s/ Edric M. Ching

By_____
    EDRIC M. CHING
    Assistant U.S. Attorney

    Attorneys for the Plaintiff