ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
ATTN: Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email:  Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 1 2006

at 10 o'clock and 30 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00262-001 BMK |
|---|---|---|
| Plaintiff, | ) | WRIT OF CONTINUING |
| | ) | GARNISHMENT; |
| v. | ) | INSTRUCTIONS TO THE |
| | ) | GARNISHEE; ANSWER OF |
| ANTHONY I. RIVERA, | ) | THE GARNISHEE FORM |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ALTRES STAFFING INC., | ) | |
| | ) | |
| Garnishee. | ) | |

WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:  ALTRES STAFFING INC.
               Attn: Payroll Department
               P.O. Box 283
               Saint Louis, MO 63166-0283

An application for a Writ of Garnishment against the

property of Defendant-Judgment Debtor ANTHONY I. RIVERA

(hereinafter referred to as "Debtor"), social security number XXX-XX-4799, whose last known address is: 87-1885 Holomalia Street, Waianae, Hawaii 96792, has been filed with the Court. A judgment in a criminal case was entered against the Debtor on September 9, 2002 for a special assessment in the amount of $25.00, and restitution in the amount of $6,800.00. The amount due as of August 3, 2006 totals $5,688.44 ($5,276.02 principal and $412.42 interest).

You are required by law to answer in writing, under oath, and within ten (10) days after receipt of the writ, the following information: (1) Whether or not you have in your custody, control or possession, any property owned by the Debtor, including nonexempt, disposable earnings; (2) A description of such property and the value of the property; (3) A description of any previous garnishment to which such property is subject and the extent to which any remaining property is not exempt; and (4) The amount of the debt you anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

You are also required by law to withhold and retain any property in which the Debtor has a substantial nonexempt interest for which you are or may become indebted to the Debtor pending further Order of the Court.

Under the law, there is property which is exempt from the Writ of Garnishment. Property which is exempt and which is not subject to the Order is listed on the attached Claim for Exemption Form.

You must file the original written Answer to the Writ within ten (10) days of your receipt of the writ with the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850. Additionally, you are required by law to serve a copy of the Answer to the Writ upon the Debtor at: 87-1885 Holomalia Street, Waianae, Hawaii 96792 and upon the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

If you fail to answer the Writ or fail to withhold property in accordance with the Writ, the United States may petition the Court for an Order requiring you to appear before the Court to answer the Writ and to so withhold the property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with the Writ, the Court will enter a judgment against you for the value of the Debtor's nonexempt interest in such property (including nonexempt disposable earnings). The Court may also award a reasonable attorney's fee to the United States and against you if

the Writ is not answered within the time specified herein and if the United States files a petition requiring you to appear.

DATED: _____AUG 1 1 2006_____, at Honolulu, Hawaii.

                                  SUE BEITIA
                                  United States District Court
                                  District of Hawaii

                              By _____
                                  Deputy Clerk