IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00262-001 BMK |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| ANTHONY I. RIVERA, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |
| ALTRES STAFFING INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of

Garnishee, _____ a corporation, organized under the

laws of the State of _____.

On _____, 2006, Garnishee was served with

the Writ of Continuing Garnishment.  For the pay period in effect

on the date of service (shown above):

1.    The Garnishee has custody, control or possession
      of earnings because the Debtor is or was in my/our
      employ. ____ Yes. ____ No.

2.    The Debtor's pay period is _____ weekly, _____ bi-
      weekly _____ semi-monthly, _____ monthly.  Enter
      the date the present pay period began.  ("Present"
      means the pay period in which the order and notice
      of garnishment were served) _____
      Enter the date the above pay period ends. _____

3.    The amount of the Debtor's net wages are:

(a) Gross Pay                      $_____
(b) Federal income tax             $_____
(c) F.I.C.A. income tax            $_____
(d) State income tax               $_____
Total of tax withholdings          $_____
Net Wages                          $_____
(a less total of b,c,d)

4.    Have there been previous garnishments in effect?.
      ___ Yes. ___ No.  If the answer is "yes," describe
      below:

      _____
      _____
      _____

5.    The Garnishee has custody, control or possession
      of the following property (non-earnings), in which
      the Debtor maintains an interest, as described
      below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6.    The Garnishee anticipates owing to the Debtor in
      the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

7.    The Garnishee makes the following claim of
      exemption on the part of the Debtor:

      _____
      _____
      _____

2

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

_____
_____
_____
_____
_____

The Garnishee delivered or mailed the _original_ of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a _copy_ of the Answer by first class mail to the Debtor, ANTHONY I. RIVERA at 87-1885 Holomalia Street, Waianae, Hawaii 96792.

The Garnishee delivered or mailed a _copy_ of the Answer by first class mail to the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
                                              Garnishee