ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 02-00262-001 BMK |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| ANTHONY I. RIVERA, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| ALTRES STAFFING INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1·2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

ANSWER OF THE GARNISHEE FORM

I, _____Rachel O. Wela_____, state that:

I am the (State Official Title) Payroll Manager of

Garnishee, _____ALTRES, INC._____ a corporation, organized under the

laws of the State of _____Hawaii_____.

On _____September 1st_____, 2006, Garnishee was served with

the Writ of Continuing Garnishment.  For the pay period in effect

on the date of service (shown above):

1.  The Garnishee has custody, control or possession
    of earnings because the Debtor is or was in my/our
    employ. ____ Yes.  X  No.

2.  The Debtor's pay period is _____ weekly, _____ bi-
    weekly _____ semi-monthly, _____ monthly.  Enter
    the date the present pay period began.  ("Present"
    means the pay period in which the order and notice
    of garnishment were served) _____
    Enter the date the above pay period ends. _____

3.    The amount of the Debtor's net wages are:

    (a) Gross Pay                       $_____
    (b) Federal income tax         $_____
    (c) F.I.C.A. income tax       $_____
    (d) State income tax           $_____
    Total of tax withholdings    $_____
    Net Wages                     $_____
    (a less total of b,c,d)

4.    Have there been previous garnishments in effect?.
    ____ Yes. _X_ No.  If the answer is "yes," describe
    below:
    _____
    _____
    _____

5.    The Garnishee has custody, control or possession
    of the following property (non-earnings), in which
    the Debtor maintains an interest, as described
    below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |
| 4. | | |

6.    The Garnishee anticipates owing to the Debtor in
    the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ N/A | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Complete items 7-9 below if applicable)

7.    The Garnishee makes the following claim of
    exemption on the part of the Debtor:
    Debtor no longer employed by ALTRES, Inc._____
    _____
    _____

8.   The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

N/A

9.   The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in the action for the following reason(s):

Debtor no longer employed by ALTRES, Inc.  Last day worked 07/10/06

The Garnishee delivered or mailed the original of the Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a copy of the Answer by first class mail to the Debtor, ANTHONY I. RIVERA at 87-1885 Holomalia Street, Waianae, Hawaii 96792.

The Garnishee delivered or mailed a copy of the Answer by first class mail to the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 11th, 2006

Garnishee

3